So Ordered.

Signed this 2 day of November, 2018.

_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

IN RE   ISAAC C. AND KELLY M. HANDY

DEBTOR(S)

_____

CASE NO. 17-11477

CHAPTER 13

**SUA SPONTE CONDITIONAL ORDER OF CONVERSION OR DISMISSAL**

This chapter 13 case having been filed on  AUGUST 9, 2017           , and the most recent adjourned confirmation hearing having been held  OCTOBER 25, 2018            , and the court having found that further delay in confirming a chapter 13 plan will be prejudicial to creditors, it is hereby

ORDERED, AND NOTICE IS HEREBY GIVEN, that the above captioned case will be converted or dismissed pursuant to 11 U.S.C. §§ 105(a) and 1307(c) on  DECEMBER 20, 2018 without further hearing, unless on or before that date the Chapter 13 plan of the debtor(s) is confirmed, or the case is dismissed or converted to another chapter; and it is further

ORDERED, that the court will issue a final order if the terms of this order are not complied with.

####

10/28/2015